Copy Mailed by Chambers to Pro Se Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIN,

                        Petitioner,

      – against –                      15 CV 5315 (CS)(LMS)

CAPRA,

                        Respondent.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

    The undersigned is in receipt of Petitioner's letter, dated January 15, 2020, ECF No. 41, in which Petitioner seeks an update as to the status of the case. As indicated in its March 28, 2019, Order, the Court will address the petition in due course as the Court must first address habeas petitions filed prior to April 18, 2016,[2] the date that the instant matter was fully submitted.

    Petitioner also seeks "to be presented with another Court Calendar of my case." ECF No. 41. The undersigned is unsure what Petitioner is requesting. To the extent that Petitioner is requesting another conference in this matter, Petitioner has not provided any information supporting the need for a further conference. To the extent Petitioner is requesting an updated docket sheet, chambers will mail an updated docket sheet to Petitioner along with a copy of this order. The Clerk of Court is directed to update Petitioner's address to Eastern Correctional

---

[1] On August 25, 2015, the Honorable Cathy Seibel referred this matter to the undersigned. ECF No. 7, Order of Reference.

[2] This date represents the deadline for Petitioner to make any further submissions (no further submissions have been received). ECF No. 20, Memo Endorsement. Petitioner's habeas petition was placed in the prison mailing system on June 26, 2015, and received by the Court on July 6, 2015. ECF No. 1 at 19, Petition.

Facility, P.O. Box 338, Napanoch, New York 12458, the address listed on Petitioner's letter to the Court. ECF No. 41; ECF No. 37, Change of Address.

Dated: January 23, 2020
      White Plains, New York

                                  **SO ORDERED,**

                                  Lisa Margaret Smith
                                  United States Magistrate Judge
                                  Southern District of New York