**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JOSEPH SAIN,

                Petitioner,

        -against-

MICHAEL CAPRA,

                Respondent.

-----------------------------------------------------------X

15 CIVIL 5315 (CS)(AEK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2022

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 24, 2022, the R&R is adopted as the decision of the Court. The Petition is denied. As the Petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:**  New York, New York
           January 24, 2022

                              **RUBY J. KRAJICK**
                                 Clerk of Court

        BY:
                                      **Deputy Clerk**